Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

            Case No.:  19−18207−MBK
            Chapter:  13
            Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John J. Gilbertson
   26 Starboard Avenue
   Barnegat, NJ 08005

Social Security No.:
   xxx−xx−1041

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/19/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 19, 2019
JAN: wir

                                                                       Jeanne Naughton
                                                                       Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                               Case No. 19-18207-MBK
John J. Gilbertson                                                   Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin              Page 1 of 1          Date Rcvd: Sep 19, 2019
                             Form ID: 148             Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2019.
db             +John J. Gilbertson,   26 Starboard Avenue,    Barnegat, NJ 08005-1624
518328904      +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
518198882      +Wilmington Savings Fund Society,   c/o Hill Wallack,    21 Roszel Road,
                 Princeton, NJ 08540-6669
518320289      +Wilmington Savings Fund Society, FSB, d/b/a Christ,   c/o FCI Lender Services, Inc.,
                 P.O. Box 27370,  Anaheim Hills, CA 92809-0112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 19 2019 23:49:24      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 19 2019 23:49:21      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518198880       EDI: BANKAMER.COM Sep 20 2019 03:33:00     Bank of America,   PO Box 15019,
                 Wilmington, DE 19886-5019
518198881      +EDI: CAPITALONE.COM Sep 20 2019 03:33:00     Capital One,   PO Box 70886,
                 Charlotte, NC 28272-0886
518331774       EDI: PRA.COM Sep 20 2019 03:33:00     Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk VA 23541
518330060       EDI: RESURGENT.COM Sep 20 2019 03:33:00     Pinnacle Credit Services, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518200628      +EDI: RMSC.COM Sep 20 2019 03:33:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,  Norfolk, VA 23541-1021
518315026      +EDI: AIS.COM Sep 20 2019 03:33:00     Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,  Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518260040      Judith Mulvihill
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Towd Point Mortgage Trust Asset-Backed Securities,
               Series 2019-SJ2, U.S. Bank National Assciation, as Indenture Trustee dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust III
               eholdren@hillwallack.com,   jhanley@hillwallack.com;hwbknj@hillwallack.com
              Elizabeth K. Holdren    on behalf of Creditor    AMIP Management LLC as servicer for Wilmington
               Savings Fund Society, FSB, d/b/a Christiana Trust as Owner Trustee of the Residential Credit
               Opportunities Trust III eholdren@hillwallack.com,   jhanley@hillwallack.com;hwbknj@hillwallack.com
              Eric Clayman    on behalf of Debtor John J. Gilbertson jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Kevin Gordon McDonald    on behalf of Creditor    Towd Point Mortgage Trust Asset-Backed Securities,
               Series 2019-SJ2, U.S. Bank National Assciation, as Indenture Trustee kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```