UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on November 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

John J. Gilbertson

| | |
|---|---|
| Case No.: | 19-18207 |
| Hearing Date: | 11/5/2019 |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

Recommended Local Form:    ❐ Followed    ❐ Modified

# ORDER DENYING MOTION TO VACATE DISMISSAL OF CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 6, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

      A motion or application having been filed on _____October 11_____, 20 _19_ by _Jeffrey E. Jenkins_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

      ORDERED that the aforesaid motion or application is denied.

      The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*