UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on November 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

John J. Gilbertson

Case No.: 19-18207

Hearing Date: 11/5/2019

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form:   ☐ Followed   ☐ Modified

## ORDER DENYING MOTION TO VACATE DISMISSAL OF CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 6, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

      A motion or application having been filed on _____October 11_____, 20 _19_ by _Jeffrey E. Jenkins_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

      ORDERED that the aforesaid motion or application is denied.

      The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
John J. Gilbertson  
    Debtor

Case No. 19-18207-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 12, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2019.  
db          +John J. Gilbertson,    26 Starboard Avenue,     Barnegat, NJ 08005-1624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2019 at the address(es) listed below:

         Albert   Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    Towd Point Mortgage Trust Asset-Backed Securities,  
         Series 2019-SJ2, U.S. Bank National Assciation, as Indenture Trustee dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
         Elizabeth K. Holdren    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a  
         Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust III  
         eholdren@hillwallack.com,    jhanley@hillwallack.com;hwbknj@hillwallack.com  
         Elizabeth K. Holdren    on behalf of Creditor    AMIP Management LLC as servicer for Wilmington  
         Savings Fund Society, FSB, d/b/a Christiana Trust as Owner Trustee of the Residential Credit  
         Opportunities Trust III eholdren@hillwallack.com,    jhanley@hillwallack.com;hwbknj@hillwallack.com  
         Eric   Clayman    on behalf of Debtor John J. Gilbertson jenkins.clayman@verizon.net,  
         connor@jenkinsclayman.com  
         Jeffrey E. Jenkins    on behalf of Debtor John J. Gilbertson jenkins.clayman@verizon.net,  
         connor@jenkinsclayman.com  
         Kevin Gordon McDonald    on behalf of Creditor    Towd Point Mortgage Trust Asset-Backed Securities,  
         Series 2019-SJ2, U.S. Bank National Assciation, as Indenture Trustee kmcdonald@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                  TOTAL: 8